**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 05-03028-01/02-CR-S-RED |
| ) | |
| **PATRICIA MAE ZARITZ and** ) | |
| **RICHARD LEE HENDRICKSON** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Now before the Court are Defendant Zaritz's Motion to Suppress (Doc. 54-1), Defendant Hendrickson's Motion to Suppress Evidence Obtained from a Search Warrant (Doc. 59-1), Government's Response to Defendant's Motion to Suppress (Doc. 49), Government's Response to the Defendant's Motion to Suppress Evidence and Statements (Doc. 61), and the Report and Recommendation of United States Magistrate Judge (Doc. 67).

Defendants Zaritz and Hendrickson seek to suppress all evidence seized following a search of their residence subsequent to a Search Warrant issued on February 13, 2004. On July 21, 2006, United States Magistrate Judge James C. England issued his Report and Recommendation (Doc. 67) recommending that Defendants' Motions be denied. Defendants have filed no objections to the Magistrate's Report and Recommendation, and the time period in which to do so has now passed.

Upon careful and independent review of the pending motions and the suggestions filed by the parties in regard to said motions, and a review of the applicable law, the Court hereby adopts

and incorporates as its own opinion and order, the Report and Recommendation of United States Magistrate Judge James C. England.

Accordingly, it is hereby ordered that Defendant Zaritz's Motion to Suppress (Doc. 54-1) and Defendant Hendrickson's Motion to Suppress Evidence Obtained from a Search Warrant (Doc. 59-1) are **DENIED**.

**IT IS SO ORDERED.**

DATE:        August 23, 2006            */s/ Richard E. Dorr*
                                        RICHARD E. DORR, JUDGE
                                        UNITED STATES DISTRICT COURT